UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUANITA STOCKARD,

    Plaintiff,

v.                                           Case No: 8:15-cv-1838-T-36JSS

FIRST PREMIER BANK, a foreign
corporation, and DOES 1-10, INCLUSIVE,

    Defendants.
_____/

## ORDER

Before the Court is the Stipulation of Dismissal with Prejudice (Doc. 13). In accord with the Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1) The Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 13).

2) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on July 11, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record